# List of Plaintiffs

Isaiah Adkins

Kenneth Alderete

Lonnie D. Alexander

John Allen

Christopher Almanzar

Leon Almanzar

Michael W. Anderson

Joseph D. Apodaca

Theresa Aragon

Christine M. Archuleta

Sinfer Archuleta

Estate of Barbara Arellano

Carlos J. Arellano

Raul R. Arellano

Estate of Randall Armijo

Ruth A. Armijo

Janice Baca

Glenda Ruth Balas

Abenicio Baldonado

Chris J. Bernal

Jonathan Bernal

Cynthia Bleskan

Gustav R. Bodner

Janet Branchal

Steve Bruning

Camp Monakiwa, Panhandle Plains Council, Camp Fire, UTA, a Texas Non-profit Corporation

Adam Campos

Marcella O. Cannone

Michael A. Cannone

Guillermo Castellano

Jose P. Chavez

Mary E. Chavez

Roger A. Chavez

Vincent Chavez

Lorraine M. Cherry

Christmas Tree Canyon Road Association

Mary A. Coca

James W. Coleman

Tami Lee Compton

Steven Conaway

Sunnye L. Conaway

Diana Cordova

George L. Cowden Jr.

Adam W. Craig

Carroll Craig

Dwayne Craig

Ramona M. Crespin

Estate of Benjamin L. Cruz

Jose E. De Herrera

Maria Delrosario Guevara

Elizabeth Anne deMare

John M. Dibble

Destiny Dominguez

Harmon O. Donald III

Kimberly Duran Maes

Alpha Duran

Isaac Duran

Stephen E. Duran

Celina A. Duran-Vigil

Benson Duruaku

John J. Ellis III

Fabiola M. Espinoza

Mario Esquibel

Hershel Essary

Marvin Estrada

Theresa A. Estrada

Barbara E. Ewing

John T. Fernandez

Patricia A. Flores

Sarah I. Flores

Connie Gallegos

Elizabeth M. Gallegos

Miguel J. Gallegos

Robert J. Gallegos

Adam Garcia

Andre M. Garcia

Bessie Garcia

Jose Z. Garcia Jr.

Ernest J. Garcia Jr.

Katie Garcia

Louise I. Garcia

Mark A. Garcia

Melvin M. Garcia

Pauline G. Garcia

Robert Garcia

Tommy Gariepy

Leora R. Gomez

Eloy Gonzales

Fidela Gonzales

Jane Gonzales

Virginia Gonzales

Martin Griego

John R. Gurule

Tonita Gurule

Betty L. O. Gutierrez

Carlota R. Gutierrez

Barbara June Harrison

Lolly Hathhorn

Michael Hayes Jr.

Michael R. Hayes

Letitia M. Henley

Mary Jares Herrera

Shirley Herrera

Sarah Kathryn Huber

Stephen G. Hughes

David W. Jeffrey Sr.

Kevin A. Jeffrey

Bruce D. Johnson

Estate of Jeffrey Kirsch

John Richard Kitchura

Cynthia A. Lee

Rebecca A. Leonard

Melissa M. Lesse

Andrew Leyba

Joseph Leyba

Los Sanchez Properties LLC

Destiney R. Lovato

Ernesto Lujan

Kenneth R. Lujan

Tamara M. Lujan

Lumsden-Nakasone Living Trust

Benito J. Maes

Charlene A. Maes

Ebony E. Maes

Michael J. Maes

Lawrence R. Maestas

Michael G. Maestas

Maria L. Mares

Peter Mares

Anthony Marquez

Alvin L. Martinez

Jerry J. Martinez

Jonathan E. Martinez

Joseph Martinez

Maria C. Martinez

Michael A. Martinez

Nancy Jean Martinez

Ofelia Martinez

Timithey A Martinez

Cedar Martyn

Antonia I. Mascarenas

John McClenahan

Joshua E. McClenahan

Donald R. McFadden

Amy McFall

Heather Melhus

Fersheed Mody

Charles Montoya

Flora A. Montoya

Maria Montoya

Paul A. Montoya

Tameera M. Montoya

Victor P. Montoya

Ligia E. Morffe

Herbert Nuttall Jr.

Karen C. O'Day

Ernesto Olivas

Cleofas Ortiz Jr.

Jerry Ortiz

Mariaelena Ortiz

Joseph F. Pacheco

Arthur J. Padilla

Lazaro Palma

John W. Pascal

Jerry W. Pease

Clifford E. Pekoc

Lizeth M. Peoble

Prospero L. Pino

Stephanie M. Pistner

Janet Pittaway

Gilbert R. Quintana

Timothy Rawls

Michael Shad Robertson

John Robison

Austin Rodgers

Frank Rodriguez

Alfonso Romero

Brenda L. Romero

Charley Romero

David Romero

Diane Romero

Eugene A. Romero

George J. Romero

Herman Romero

Leonard W. Romero

Manuel J. Romero

Martin Romero

Pedro D. Romero

Selso Romero

Wayne J. Roper

Kenny Eric Guadalupe Albino Roybal

Lorraine Roybal

Ruben Roybal

Jeffrey D. Rzepecki

Maria J. Salas

Daniel Salmen

Carol Sanchez

Johnny Sanchez

Josephine Sanchez

Scott Sanchez

William Anthony Sanchez

Angela Sanchez-Martinez

Kara L. Sandifer

Margaret A. Sandoval Phillips

Cynthia Sandoval

Santa Fe Mountain Ranch Homeowner's Association, Inc., a New Mexico Domestic Nonprofit Corporation

Michael A. Schmitt

Michael Schroetke

David L. Sedillo

Sue Ann Sena

Lola Anne Serna

Melissa Serna

Manuel A. Silva

Lucille Sisneros

Estate of Jason L. Smith

Vicki Stiles

Johnnie Strouse

Eugene Strouse

TaPetes de Lana, a New Mexico Domestic Nonprofit Corporation

Linda Tapia

Stacie Ten Brink

Justine Thomson

Amos M. Torres

Emily Torres

Ross L. Torres

Judy Townley

Dorothy Trujillo

Edward A. Trujillo

Juan F. Trujillo

Ryan L. Trujillo

Barbara Turpin

Kenneth J. Ulibarri

Mary Underwood

Carlitos Urioste III

Stephen D. Urioste

Bernadette S. Urrutia

George T. Vasquez

Lorraine B. Vasquez

Sarah Vasquez

Alfred J. Vigil

Amanda Vigil

Daniel A. Vigil

Ida Vigil

John A. Vigil

Livorio E. Vigil

Sara Villa

John P. Walsh

Chad Walters

Jimmy Weathers

Tyler White

Joseph Carl Wickert

Claudia Wier

Charles Delano Williamson

James Wofford

John Wooley

Johnny N. Yara

Gloria J. Young